UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:98-00159 |
| | ) | JUDGE CAMPBELL |
| PAUL WOODS | ) | |

## ORDER

Pending before the Court is the United States' Amended Motion to Supplement the Record for Purposes of Appeal (Docket No. 815). The Motion is GRANTED.

The Exhibits attached to Docket No. 815 shall be made a part of the record for purposes of appeal.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE