UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:98-00159 |
| | ) | JUDGE CAMPBELL |
| PAUL WOODS | ) | |

ORDER

The status conference currently scheduled for October 28, 2013, at 1:00 p.m. is RESCHEDULED for October 28, 2013, at **10:00 a.m.**

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE